```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 26457
   ANNETTE WARD
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-2577

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/16/2004 and was confirmed 09/13/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 02/07/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
CAPITAL ONE BANK           UNSECURED          847.34           .00           847.34
CAPITAL ONE BANK           UNSECURED          932.94           .00           932.94
ROUNDUP FUNDING LLC        UNSECURED         1112.68           .00          1112.68
FINGERHUT CREDIT ADVANTA   UNSECURED          723.91           .00           723.91
PREMIER BANCARD CHARTER    UNSECURED          515.88           .00           515.88
HOUSEHOLD BANK             UNSECURED       NOT FILED           .00              .00
ILLINOISNET . COM          UNSECURED       NOT FILED           .00              .00
MCI RESIDENTIAL SERVICES   UNSECURED       NOT FILED           .00              .00
ROUNDUP FUNDING LLC        UNSECURED          621.11           .00           621.11
ISAC                       UNSECURED         1703.68           .00          1703.68
SCOTT EMALFARB             UNSECURED       NOT FILED           .00              .00
UNITED FEDERAL CREDIT UN   UNSECURED         3265.21           .00          3265.21
UNITED FEDERAL CREDIT UN   UNSECURED         1085.48           .00          1085.48
VUKIC PROPERTIES           SPECIAL CLASS     5700.00           .00          5700.00
SPRINT                     UNSECURED       NOT FILED           .00              .00
PETER FRANCIS GERACI       DEBTOR ATTY     2,600.00                        2,600.00
TOM VAUGHN                 TRUSTEE                                         1,116.39
DEBTOR REFUND              REFUND                                            645.62

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              20,870.24

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                  16,508.23
ADMINISTRATIVE                              2,600.00
TRUSTEE COMPENSATION                        1,116.39
DEBTOR REFUND                                 645.62
                    ---------------    ---------------

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 26457 ANNETTE WARD
```

```
TOTALS                               20,870.24           20,870.24
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 05/27/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```